IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE CEMENT MASONS PENSION FUND, LOCAL 502; TRUSTEES OF THE CEMENT MASONS INSTITUTE OF CHICAGO, ILLINOIS; TRUSTEES OF THE CEMENT MASONS SAVINGS FUND, LOCAL 502; and TRUSTEES OF THE CEMENT MASONS APPRENTICE EDUCATION AND TRAINING FUND, LOCAL 502,<br><br>v.<br><br>INTERNATIONAL ERECTORS, INC., a Wisconsin corporation,<br><br>Defendant. | No. 11 C 3878<br><br>Judge Norgle<br><br>Magistrate Judge Cox |

## MOTION FOR ORDER OF DEFAULT AND JUDGMENT IN SUM CERTAIN

Plaintiffs, by one of their attorneys, DONALD D. SCHWARTZ and ARNOLD AND KADJAN, pursuant to F.R.C.P. 55, respectfully request this Honorable Court to enter an Order of Default as to liability and Judgment in favor of Plaintiffs and against Defendant, INTERNATIONAL ERECTORS, INC.

In support thereof, Plaintiffs state:

1. This case was filed on June 7, 2011.

2. Defendant was served with Summons and Complaint on June 22, 2011.

3. In excess of 21 days have expired since Service of Process, however, Defendant has failed to file an answer or otherwise plead.

4. Per the affidavit of Richard Wolf, Defendant owes Cement Masons Local 502 for the audit period January 1, 2008 through May 31, 2012 for $113,291.59 benefits, $16,993.73 liquidated damages and $1,080.00 audit costs for a total amount due of $131,365.32. (Exhibit A)

5. Per the affidavit of Donald Schwartz, attorney for Plaintiffs in legal fees and expenses $1,300.00 has been incurred in this suit. (Exhibit B)

WHEREFORE, Plaintiffs pray for:

1. An Order of Default against the Defendant.

2. Judgment be rendered in the amount of $132,665.32 for the Trustees of the Cement Masons Pension Fund Local 502, et. al.

>Respectfully submitted,
>
>**TRUSTEES OF THE CEMENT MASONS PENSION FUND, LOCAL 502, et. al.**
>
>By: s/ Donald D. Schwartz
>    One of their Attorneys

Donald D. Schwartz
**ARNOLD AND KADJAN**
203 N. LaSalle St., Suite 1650
Chicago, Illinois 60601
(312) 236-0415